# LIND v. DAVID ET AL.

Apelación procedente de la Corte de Distrito de
San Juan.

No. 48. Resuelto en Junio 2, 1905.

APELACIÓN.—JURISDICCIÓN.—Para que el Tribunal Supremo pueda dictar senten-
cia en un caso sometido á su consideración, es necesario que tenga jurisdic-
ción sobre el mismo, no solo en la época en que éste se presente y someta á su
consideración, sino también cuando haya de resolverlo, y si fuere privado de
tal jurisdicción antes de dictar su resolución definitiva, la apelación debe ser
desestimada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Freyre Barbosa* (Luis).

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. MacLEARY, emitió la opinión
del Tribunal.

Este pleito fué entablado ante el Juzgado Municipal
del Distrito de la Catedral de San Juan, en 25 de Mar-
zo de 1904, por W. Lind, contra "The Porto Rico Cigar
Company" y el Director de dicha Compañía, A. A. Da-
vid, con el objeto de que se declarase nulo un pagaré de
cien dollars ($100), que Lind había expedido á favor
de dicha Corporación, y entregado á la misma, y que
el citado Lind alegó había sido pagado, y así endosado
por el referido David.

Se dictó sentencia por el Juzgado Municipal, en 9
de Abril de 1904, á favor de Lind, anulando el pagaré,
y ordenando á los demandados el pago del importe del
mismo y de los intereses, ascendentes, en junto, á la
suma de ciento tres dollars ($103).

Los demandados apelaron ante el Tribunal de Distri-
to de San Juan, que en 17 de Septiembre de 1904, dic-
tó sentencia también á favor de Lind, y cuya sentencia
era análoga en sus términos á la dictada anteriormente
por la Corte Municipal. Contra esa sentencia, los de-

mandados interpusieron recurso de apelación ante este Tribunal, y la copia de la citada sentencia fué presentáda aquí, el 29 de Octubre de 1904. Después de las demoras y trámites usuales, se fijó el día 29 de Marzo de 1905, para la celebración de la vista de la causa, sometiéndose ésta á la resolución del Tribunal.

En cuanto al aspecto legal de la citada causa, esta es semejante á la de la "American Railroad Company of Porto Rico" contra Francisco Hernández, que fué resuelta por este Tribunal el 1o. del mes corriente. Se dictó sentencia tanto en el Juzgado Municipal, en que se había entablado la demanda, como en la Corte de Distrito, ante la cual se había interpuesto el recurso de apelación, condenando á los demandados al pago de ciento tres dollars ($103) y á la cancelación del pagaré.

Por cuanto al importe de que se trata, no excede de trescientos dollars ($300), la jurisdicción de apelación de este Tribunal, en el presente caso, le ha sido quitada por la Ley establecida por la Legislatura en 9 de Marzo último, y este Tribunal ahora ya no puede hacer otra cosa que rechazar el recurso de apelación lo mismo que en el caso anteriormente citado. Es inútil volver á repetir las razones para esta resolución, puesto que han sido consignadas enteramente en la causa de la "American Railroad Company of Porto Rico" contra Francisco Hernández, á que se ha hecho referencia anteriormente. Por la autoridad de aquél caso y libros de textos y decisiones citadas en aquella opinión, debe rechazarse esta apelación.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras y Wolf.